# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:03-CR-0337-01** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **RONALD R. MORRETT, JR.** : | |

## ORDER

AND NOW, this 22nd day of June, 2005, upon consideration of the motion of the United States to revoke defendant's release pending execution of sentence based on violations of the conditions of supervised release (Doc. 105), see 18 U.S.C. § 3148(b), it is hereby ORDERED that:

1. Defendant shall file, on or before July 1, 2005, a response showing cause why his release should not be revoked based on violations of the conditions of supervised release.

2. A hearing on the motion (Doc. 105) will be scheduled, if appropriate, by future order of court.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge