# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-03-337 |
| | ) |
| v | ) |
| | ) |
| RONALD MORRETT and JOHN WEAVER | ) |

## ORDER

AND NOW, THIS 22nd day of September, 2005, upon consideration of the government's motion pursuant to Rule 47 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3665, to confiscate and destroy firearms seized in the course of the above-captioned case, IT IS ORDERED as follows:

1. The defendants shall make arrangements to transfer the firearms which belonged to the defendants and are currently held by the FBI to a third party who may legally possess them through a federally-licensed firearms dealer on or before October 24, 2005.

2. If the defendants make such arrangements the FBI shall turn the firearms over to the federally licensed firearms dealer to properly transfer the firearms in accordance with law.

3. If no such arrangements are made by the date specified in this Order, IT IS ORDERED that the FBI may destroy these firearms.

U.S. DISTRICT JUDGE

Dated: 9/22/05